176 A.3d 811

IN THE MATTER OF BARRY DEAN FRIEDMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 037951991)

M–441 September Term 2017
080346

January 24, 2018

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to Rule 1:20–3(g)(4) and Rule 1:20–11, seeking

the immediate temporary suspension from the practice of law of **BARRY DEAN FRIEDMAN** of **TEANECK,** who was admitted to the bar of this State in 1991, and good cause appearing;

It is ORDERED that **BARRY DEAN FRIEDMAN** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **BARRY DEAN FRIEDMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **BARRY DEAN FRIEDMAN** pursuant to Rule 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **BARRY DEAN FRIEDMAN** comply with Rule 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.